UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>EVERETT J. BERRY,<br><br><br>Debtor(s) | BK No.: 10-24144<br><br>Chapter: 7<br>Honorable Pamela S. Hollis |

### ORDER AUTHORIZING FIRST AND FINAL APPLICATION OF THE LAW OFFICES OF ZANE L. ZIELINSKI, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of Law Offices of Zane L. Zielinski, P.C. for Allowance of Compensation and Reimbursement of Expenses; shortened notice having been given to all creditors that timely filed claims; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. The Law Offices of Zane L. Zielinski, P.C. is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $2,695;

2. The Law Offices of Zane L. Zielinski, P.C is hereby allowed reimbursement of actual, necessary expenses in the amount of $16.11; and

3. Joji Takada, not individually, but as Chapter 7 Trustee of the bankruptcy estate of EVERETT J. BERRY is hereby authorized to pay $2,711.11 to The Law Offices of Zane L. Zielinski, P.C.

4. Notice of this Application is deemed sufficient and no further notice is required.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 21, 2018

**Prepared by:**

Zane L. Zielinski (6278776)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
  d.  773-877-3191
  f.  815-846-8516
  e.  trustee@zanezielinski.com