UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
Everett J. Berry § Case No. 10-24144
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                  Assets Exempt: 15,503.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 39,951.18    Claims Discharged
                                                Without Payment: 269,014.35

Total Expenses of Administration: 64,598.64

3) Total gross receipts of $ 119,549.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 104,549.82 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 209.32 | $ 209.32 | $ 209.32 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 64,598.64 | 64,598.64 | 64,598.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 128,526.68 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,898.00 | 139,331.53 | 139,331.53 | 39,741.86 |
| **TOTAL DISBURSEMENTS** | $ 169,424.68 | $ 204,139.49 | $ 204,139.49 | $ 104,549.82 |

4) This case was originally filed under chapter 7 on 05/27/2010. The case was pending for 108 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2019       By: /s/Joji Takada, Chapter 7 Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential class action lawsuit vs. Avandia Plain | 1129-000 | 119,549.82 |
| **TOTAL GROSS RECEIPTS** | | **$119,549.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Berry, Everett J. | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Medicare Lien | 4220-000 | NA | 209.32 | 209.32 | 209.32 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 209.32** | **$ 209.32** | **$ 209.32** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 8,477.49 | 8,477.49 | 8,477.49 |
| Joji Takada | 2200-000 | NA | 7.00 | 7.00 | 7.00 |
| Common expense fund | 2500-000 | NA | 3,586.49 | 3,586.49 | 3,586.49 |
| Associated Bank | 2600-000 | NA | 1,344.24 | 1,344.24 | 1,344.24 |
| Aylstock Witkin Kreis Overholtz | 3210-000 | NA | 47,819.93 | 47,819.93 | 47,819.93 |
| Law Offices of Zane Zielinski PC | 3210-000 | NA | 2,695.00 | 2,695.00 | 2,695.00 |
| Aylstock Witkin Kreis Overholtz | 3220-000 | NA | 652.38 | 652.38 | 652.38 |
| Law Offices of Zane Zielinski PC | 3220-000 | NA | 16.11 | 16.11 | 16.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 64,598.64 | $ 64,598.64 | $ 64,598.64 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | | 126,181.00 | NA | NA | 0.00 |
| | Missouri Department of Revenue Customer Assistance PO Box 1008 Jefferson City, MO 65105-1008 | | 2,345.68 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 128,526.68** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Center for Surgery and Breast Healt 300 Barney Dr. Ste A Joliet, IL 60435 | | 10.00 | NA | NA | 0.00 |
| | Chase PO Box 260180 Baton Rouge, LA 70826 | | 24.00 | NA | NA | 0.00 |
| | Daryl Caneva, DPM Caneva foot and Ankle CL, LTD 200 N. Hammes Joliet, IL 60435 | | 98.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Germane Nephrology Associates 95 129th Infantry Dr. Joliet, IL 60435 | | 967.00 | NA | NA | 0.00 |
| | Heartland Cardiovascular Center, LL 1300 Copperfield Ste 3030 Joliet, IL 60432 | | 353.00 | NA | NA | 0.00 |
| | Internal Med & Family Phys SC 310 N. Hammes Ave. Ste 202 Joliet, IL 60435 | | 840.00 | NA | NA | 0.00 |
| | Joliet Doctors Clinic 2450 Glenwood Ave. Ste 101 Joliet, IL 60435 | | 135.00 | NA | NA | 0.00 |
| | Joliet Fire Department PO Box 213 Streator, IL 61364 | | 806.00 | NA | NA | 0.00 |
| | Lighthouse Financial Group of Illin PO Box 18512 Tampa, FL 33679-8512 | | 1,957.00 | NA | NA | 0.00 |
| | Payday Loan Store of Illinois 211 CS Larkin Ave. Joliet, IL 60436 | | 1,099.00 | NA | NA | 0.00 |
| | Prarie Emergency Service c/o: Plantation Billing Center PO Box 189016 Fort Lauderdale, FL 33318 | | 36.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena St. Joseph Medical Center 75 Remittance Dr. Ste 1959 Chicago, IL 60675 | | 24.00 | NA | NA | 0.00 |
| | Provena St. Joseph Medical Center 75 Remittance Dr. Ste 1959 Chicago, IL 60675 | | 32.00 | NA | NA | 0.00 |
| | Provena St. Joseph Medical Center c/o: Revenue Production Management 991 Oak Creek Dr. Lombard, IL 60148 | | 34,274.00 | NA | NA | 0.00 |
| | SilverCross Hospital 1200 Maple Rd. Joliet, IL 60432 | | 243.00 | NA | NA | 0.00 |
| 1 | Internal Medicine And Family | 7100-000 | NA | 2,035.16 | 2,035.16 | 580.49 |
| 2 | Internal Revenue Service | 7100-000 | NA | 133,964.65 | 133,964.65 | 38,211.05 |
| 3 | Joliet Fire Department | 7100-000 | NA | 1,069.61 | 1,069.61 | 305.09 |
| 5 | Missouri Department Of Revenue | 7100-000 | NA | 2,019.29 | 2,019.29 | 575.97 |
| 4 | Silver Cross Hospital | 7100-000 | NA | 242.82 | 242.82 | 69.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,898.00 | $ 139,331.53 | $ 139,331.53 | $ 39,741.86 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-24144 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Everett J. Berry | | | | Date Filed (f) or Converted (c): | 05/27/2010 (f) |
| | | | | | 341(a) Meeting Date: | 07/15/2010 |
| For Period Ending: | 04/10/2019 | | | | Claims Bar Date: | 11/18/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account (negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Security Deposit | 203.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. TV, Furniture | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Normal Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Potential class action lawsuit vs. Avandia Plain | Unknown | Unknown | | 119,549.82 | FA |
| 6. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 7. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 8. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $503.00 $0.00 $119,549.82 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

011713--Assigned case after Waller resigned; Waller filed asset report 8/10; Pursuing mass tort lawsuit vs. Avandia; Waller hired special counsel JOSHUA A. JONES and the Law Firm of AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC on 8/12; Follow up with counsel. 012313--Case open; Asset report filed; Special counsel hired.

Periodic contact with PI counsel regarding status of case and resolution.

123013--Litigation value listed as $1.00 because actual value is speculative at this time.

Reviewing value of secondary payor medicare lien -- Joji Takada 11/30/2014

Bankruptcy counsel hired after prior counsel withdrew from case; Continuing to review and evaluate secondary payor medicare lien and release of funds. - Joji Takada 2/25/2015

PI counsel continues to review and evaluate secondary payor medicare lien and release of funds. - Joji Takada 6/21/2015

PI counsel continues to review and evaluate secondary payor medicare lien and release of funds. - Joji Takada 9/11/2015

Settlement reached with medicare and lien claimants; Motion to approve settlement in process. - Joji Takada 12/22/2015

Settlement reached with medicare and lien claimants; Motion to approve settlement in process. - Joji Takada 3/2/2016

Settlement reached with medicare and lien claimants; Motion to approve settlement in process. - Joji Takada 5/20/2016

9019 settlement motion approved; Awaiting payment of settlement award. - Joji Takada 9/4/2016

9019 settlement motion approved; Awaiting payment of settlement award. - Joji Takada 11/24/2016

Awaiting remainder of settlement payment. - Joji Takada 2/15/2017

Awaiting remainder of settlement payment. - Joji Takada 8/5/2017

Debtor deceased; Attempting to contact heir of Debtor re: exempt funds. - Joji Takada 10/1/2017

Debtor deceased; Attempting to contact heir of Debtor re: exempt funds. - Joji Takada 12/15/2017

Debtor deceased; Attempting to contact heir of Debtor re: exempt funds. - Joji Takada 3/28/2018

File unclaimed funds. - Joji Takada 6/8/2018

Initial Projected Date of Final Report (TFR): 12/31/2011          Current Projected Date of Final Report (TFR): 12/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-24144 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Everett J. Berry | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX0189 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX3497 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/10/2019 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/17 |  | Aylstock Witkin Kreis Overholz | Settlement payment<br>Additional $1553.92 to be received from special counsel. |  | $65,727.78 |  | $65,727.78 |
|  |  |  | Gross Receipts    $117,995.90 |  |  |  |  |
|  |  | Aylstock Witkin Kreis Overholtz | Payment to trustee professional    ($47,819.93) | 3210-000 |  |  |  |
|  |  | Aylstock Witkin Kreis Overholtz | Payment to trustee professional    ($652.38) | 3220-000 |  |  |  |
|  |  | Medicare Lien | Medical lien payoff    ($209.32) | 4220-000 |  |  |  |
|  |  | Common expense fund | Court ordered assessment    ($3,586.49) | 2500-000 |  |  |  |
|  | 5 |  | Potential class action lawsuit vs. Avandia Plain    $117,995.90 | 1129-000 |  |  |  |
| 03/27/17 | 5 | Aylstock Witkin Kreis Overholtz | Settlement payment<br>Remaining settlement payment re PI litigation | 1129-000 | $1,553.92 |  | $67,281.70 |
| 04/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $82.31 | $67,199.39 |
| 05/05/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $96.68 | $67,102.71 |
| 06/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $99.75 | $67,002.96 |
| 07/10/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $96.40 | $66,906.56 |
| 08/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $99.48 | $66,807.08 |
| 09/08/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $99.32 | $66,707.76 |

Page Subtotals:    $67,281.70    $573.94

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-24144 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Everett J. Berry | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX0189 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3497 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/10/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.98 | $66,611.78 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.03 | $66,512.75 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.70 | $66,417.05 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.74 | $66,318.31 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.60 | $66,219.71 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.93 | $66,130.78 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.32 | $66,032.46 |
| 05/07/18 | 1001 | Everett J. Berry<br>247 CATAPILLAR DRIVE, APT 402<br>JOLIET, IL 60436 | Exemption Reversal<br>Payment to be made to clerk of bankruptcy court as unclaimed funds; Transaction voided; Copy of canceled check retained. | 8100-000 | | ($15,000.00) | $81,032.46 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.00 | $80,937.46 |
| 05/07/18 | 1001 | Everett J. Berry<br>247 CATAPILLAR DRIVE, APT 402<br>JOLIET, IL 60436 | Exemption<br>Debtor's PI exemption | 8100-000 | | $15,000.00 | $65,937.46 |
| 05/07/18 | 1002 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Unclaimed Funds<br>Debtor's exemption | 8100-002 | | $15,000.00 | $50,937.46 |

Page Subtotals: $0.00 $15,770.30

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-24144 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Everett J. Berry | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0189 |
| | Checking |
| Taxpayer ID No: XX-XXX3497 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/19 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $8,477.49 | $42,459.97 |
| 01/14/19 | 1004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $7.00 | $42,452.97 |
| 01/14/19 | 1005 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Final distribution per court order. | 3210-000 | | $2,695.00 | $39,757.97 |
| 01/14/19 | 1006 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Final distribution per court order. | 3220-000 | | $16.11 | $39,741.86 |
| 01/14/19 | 1007 | Internal Medicine And Family<br>C/O: Collection Professionals Inc<br>P O Box 416<br>La Salle, Il 61301 | Final distribution per court order. | 7100-000 | | $580.49 | $39,161.37 |
| 01/14/19 | 1008 | Internal Revenue Service<br>Internal Revenue Service<br>P.O. Box 21125<br>Philadelphia, PA 19114 | Final distribution per court order. | 7100-000 | | $38,211.05 | $950.32 |
| 01/14/19 | 1009 | Joliet Fire Department<br>Creditor Discount & Audit<br>Po Box 213<br>Streator, Il 61364 | Final distribution per court order. | 7100-000 | | $305.09 | $645.23 |
| 01/14/19 | 1010 | Silver Cross Hospital<br>1200 Maple Road<br>Joliet, Illinois 60432-1497<br>Attn: Patient Accounts | Final distribution per court order. | 7100-000 | | $69.26 | $575.97 |
| 01/14/19 | 1011 | Missouri Department Of Revenue<br>Po Box 475<br>Jefferson City Mo 65105 | Final distribution per court order. | 7100-000 | | $575.97 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $67,281.70 | $67,281.70 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $67,281.70 | $67,281.70 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Page Subtotals: | $0.00 | $50,937.46 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Net $67,281.70    $52,281.70

Exhibit 9

Page Subtotals: $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0189 - Checking | $67,281.70 | $52,281.70 | $0.00 |
|  | $67,281.70 | $52,281.70 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $52,268.12 |
|---|---|
| Total Net Deposits: | $67,281.70 |
| Total Gross Receipts: | $119,549.82 |

Page Subtotals:   $0.00   $0.00